UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GAYA K. HOLMAN,          § | |
|     Plaintiff,          § | |
| v.          § | No. 3:16-CV-2125-N (BF) |
| U.S. BANK, N.A., et al.,          § | |
|     Defendants.          § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Gaya K. Holman's Motion to Remand [ECF No. 7] is **DENIED**.

**SO ORDERED** this 27th day of January, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE