UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GAYA K. HOLMAN, § | |
| Plaintiff, § | |
| v. § | No. 3:16-CV-2125-N (BT) |
| U.S. BANK, N.A., et al., § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Motion for Summary Judgment [ECF No. 27] filed by Defendants U.S. Bank, N.A. and Nationstar Mortgage, L.L.C. is **GRANTED**, and Motion for Summary Judgment [ECF No. 24] filed by Plaintiff Gaya K. Holman is **DENIED**.

**SO ORDERED** this 23rd day of March, 2018.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE