IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GAYA HOLMAN,

    Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC, et al.,

    Defendants.

No. 3:16-cv-2125-N-BT

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated May 28, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff Gaya Holman's "Rule 60(b)(6) Motion for Relief from Judgment and Request for Expedited Indicative Ruling Under Rule 62.1," (ECF No. 46), is DENIED.

**SO ORDERED,** this 28th day of June, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE